Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

**Melvin WHITE, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, et al., Clerk of Court Joseph H. Evers, Court of Common Pleas Philadelphia County, Pa., Respondents**

**No. 20 EM 2017**

Supreme Court of Pennsylvania.

April 21, 2017

### ORDER

PER CURIAM

**AND NOW**, this 21st day of April, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Review Seeking Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

**VERTONIX, LTD.,**

v.

**Yuri and Olga LYUBARSKY, h/w**

v.

**The Guardian Life Insurance Company of America**

**Vertonix, Ltd.,**

v.

**Yuri and Olga Lyubarsky, h/w**

v.

**The Guardian Life Insurance Company of America**

**No. 46 EM 2017**
**No. 47 EM 2017**

Supreme Court of Pennsylvania.

April 24, 2017

### ORDER

PER CURIAM

**AND NOW**, this 24th day of April, 2017, the Emergency Application for Stay of Order Pending Appeal is **DENIED**.

**Marcus LLOYD, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent**

**No. 32 EM 2017**

Supreme Court of Pennsylvania.

April 24, 2017

### ORDER

PER CURIAM

**AND NOW**, this 24th day of April, 2017, the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks a writ of mandamus instructing the